| | |
|---|---|
| 1 | THE HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ABHI SHETH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE UNIVERSITY,<br><br>    Defendant. | NO. 3:17-cv-05511-RBL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED this 19th day of July, 2017.

TOUSLEY BRAIN STEPHENS PLLC

By: *s/ Kim D. Stephens*
By: *s/ Noelle L. Chung*

Kim D. Stephens #11984
Noelle L. Chung #51377
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206.682.5600
Fax: 206.682.2992
Email:   kstephens@tousley.com
            nchung@tousley.com

NOTICE OF VOLUNTARY DISMISSAL (3:17-cv-05511-RBL) - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Tina Wolfson (admitted *pro hac vice*) |
| 2 | AHDOOT AND WOLFSON, PC |
|   | 1016 Palm Avenue |
| 3 | West Hollywood, CA 90069 |
|   | Tel: 310.474.9111 |
| 4 | Fax: 310.474.8585 |
|   | Email:   twolfson@ahdootwolfson.com |
| 5 | ***Attorneys for Plaintiff*** |

NOTICE OF VOLUNTARY DISMISSAL (3:17-cv-05511-RBL) - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all persons registered for ECF as of that date.

DATED at Seattle, Washington, this 19th day of July, 2017.

*s/ Noelle L. Chung*
Noelle L. Chung #51377
nchung@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
Tel:    206.682.5600
Fax:    206.682.2992

6366/001/478475.1

NOTICE OF VOLUNTARY DISMISSAL (3:17-cv-05511-RBL) - 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992